# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SAM GERACI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-6780 |
| | ) | |
| MAGNUM TRANSPORTATION, INC., | ) | Judge John J. Tharp, Jr. |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FRCP RULE 41(a)(1) VOLUNTARY DISMISSAL

To:   Magnum Transportation, Inc.
      c/o Francine I. Skala, Registered Agent
      6536 Joliet Road
      Countryside, IL 60525

NOW COMES the Plaintiff, SAM GERACI ("Geraci") by and through his attorneys, Michael Lee Tinaglia and the LAW OFFICES OF MICHAEL LEE TINAGLIA, LTD., and pursuant to Federal Rule of Civil Procedure 41 (a)(1) hereby gives notice of the voluntary dismissal of this action, it being the case that no appearance answer or responsive pleading has been filed by the Defendant, MAGNUM TRANSPORTATION, INC. ("Magnum"),

Date: October 4, 2017

                                        Respectfully submitted,
                                        Sam Geraci, Plaintiff,

                                        By: _s/Michael Tinaglia__
                                            One of His Attorneys

MICHAEL LEE TINAGLIA
Law Offices of Michael Lee Tinaglia Ltd.
444 N. Northwest Hwy., Suite 350
Park Ridge, IL 60068
Tel: (847) 692-0421; Fax: (847) 685-8440
mltinaglia@tinaglialaw.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that he served the <u>NOTICE OF FRCP RULE 41(a)(1) VOLUNTARY DISMISSAL</u> upon the following Defendants:

>Magnum Transportation, Inc.
>c/o Francine I. Skala, Registered Agent
>6536 Joliet Road
>Countryside, IL 60525

Via USPS Certified Mail Return Receipt 70141-0510-0001-0094-1337, this October 4, 2017 before 5:00 p.m.

>>s/Michael Tinaglia\_\_
>>Michael Tinaglia

MICHAEL LEE TINAGLIA
Law Offices of Michael Lee Tinaglia Ltd.
444 N. Northwest Hwy., Suite 350
Park Ridge, IL 60068
Tel: (847) 692-0421; Fax: (847) 685-8440
mltinaglia@tinaglialaw.com